BERTHA L. RICHARDSON, Appellant, v. FRANK H. RICHARDSON, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of the Application of Arbitration between SAMUEL KRONOVET and ALBERT SRULOVITZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

DAVID MILLER v. SAMUEL GOTTLIEB and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

HARRY V. BUTLER v. BERTHA M. BUTLER.— Motion granted; the amended record on appeal and appellant's points to be filed so that the appeal can be argued on January 9, 1922. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

JACOB LEWIS and Another v. MORRIS ROSENWASSER and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

EMPIRE LIGHTING FIXTURE COMPANY v. LOUIS EISENBERG.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

JOHN M. LEDDY and Another, as Copartners, etc., v. S. HENRY ADLER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

PHINEAS ROTH v. RANDOLPH M. NEWMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

LEOPOLD FREIBERGER v. GLOBE INDEMNITY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

MARCUS ARONSTAM v. SCIENTIFIC UTILITIES Co., INC., and Another.—Application granted. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ABRAHAM ROSENFELD v. GEORGE MICROUTSICOS and Another.— Application granted. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

THE STANDARD BANK v. ABRAHAM TANNENBAUM and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ABRAHAM H. MORGEN v. GLOBE & RUTGERS INS. Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

A. A. LEVY Co., INC., v. COLUMBIA OVERSEAS CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY v. WALTER J. SALMON and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.